**Charles ARMSTRONG, Appellant,**

v.

**State of MISSOURI; Mel Carnahan, Governor; St. Louis County, Missouri; Buzz Westfall, County Executive; St. Louis County Government; City of Vinita Park; Virginia Bira, Mayor of Vinita Park, Missouri; Daniel B. Kramer, Vinita Park, Missouri, Municipal Court Judge; R. Hartz, Vinita Park, Missouri, City Marshall; Richard Aites, Vinita Park, Missouri Police Officer; Unknown Mudd, Vinita Park, Missouri Police Officer; Unknown Vinita Park, Missouri, City Court; Ku Klux Klan, Overland, Missouri; Ku Klux Klan, of the State of Missouri, Appellees.**

No. 00–1912.

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 22, 2000.

Filed Jan. 5, 2001.

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

(UNPUBLISHED)

PER CURIAM.

Charles Armstrong appeals the district court's[1] order dismissing without prejudice his pro se civil rights complaint against numerous defendants. After careful review of the record, we conclude that Mr. Armstrong's complaint was frivolous and failed to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(i), (ii); *Bray v. Alexandria Women's Health Clinic,* 506 U.S. 263, 267–68, 113 S.Ct. 753, 122 L.Ed.2d 34 (1993); *West v. Atkins,* 487 U.S. 42, 48, 108 S.Ct. 2250, 101 L.Ed.2d 40 (1988); *Martin v. Sargent,* 780 F.2d 1334, 1337 (8th Cir. 1985). Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District  of Missouri.